PD-0715-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/11/2015 2:43:24 PM
Accepted 6/11/2015 4:50:11 PM
ABEL ACOSTA
CLERK

# PD-0715-15

NO. _____

## IN THE TEXAS COURT OF CRIMINAL APPEALS

**LENNIE P. EARBIN**
*Appellant*

v.

**THE STATE OF TEXAS**
*Appellee*

FROM THE FIFTH COURT OF APPEALS
CAUSE NO. 05-14-00508-CR

ON APPEAL FROM THE 219TH JUDICIAL DISTRICT COURT
OF COLLIN COUNTY, TEXAS, CAUSE NO. 219-80478-2012

**APPELLANT'S MOTION FOR EXTENSION
OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW**

FILED IN
COURT OF CRIMINAL APPEALS

June 11, 2015

ABEL ACOSTA, CLERK

Piper McCraw
State Bar No. 24045261
piper@mccrawgantt.com

Piper McCraw, P.C.
1504 First Avenue
McKinney, Texas 75069
Tel: (972) 767-6369
Fax: (972) 767-6368

ATTORNEY FOR EARBIN

1

COMES NOW, Lennie Earbin, Appellant herein, and respectfully moves this Court to issue an extension of time to file Appellant's petition for discretionary review, and in support thereof would show the court as follows:

I.

The opinion of the Fifth Court of Appeals in cause no. 05-14-00508-CR, affirming the conviction, was rendered on May 12, 2015.

II.

The number and style of the case in the District Court is No. 219-80478-2012, *State of Texas v. Lennie Earbin.*

III.

Appellant was convicted of continuous sexual abuse of a child (victim under 14 years of age) by a jury. The court assessed punishment at 25 years in the institutional division of TDCJ.

IV.

The present deadline for filing the petition for discretionary review is June 11, 2015.

V.

No extensions of time to file the petition for discretionary review were previously requested.

VI.

The reason for this request is that during the last few weeks, counsel has been dealing with a close family member being placed into hospice care and the family member's subsequent death, as well as hospitalization of another close family member. In addition to these personal matters, counsel has also been involved in extensive preparation for a jury trial originally scheduled to begin on Monday, May 18, 2015 (*State of Texas v. Serafine Figaroa*; Collin County, Texas; Cause No. 003-85022-2014, 003-85023-2014) and a jury trial scheduled to begin on Monday, June 15, 2015 (*State of Texas v. Ari Clark;* Collin County, Texas; Cause No. 003-81878-2014).

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant an extension of time to file his petition for discretionary review until July 11, 2015.

Respectfully submitted,

Piper McCraw, P.C.
1504 First Avenue
McKinney, Texas 75069
Tel: (972) 767-6369
Fax: (972) 767-6368

By:_____
Piper McCraw, P.C.
State Bar No. 24045261
Attorney for Lennie Earbin, Appellant

APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW – PAGE 3

## CERTIFICATE OF SERVICE

This is to certify that on June 11, 2015, a true and correct copy of the above and foregoing document was served on the Collin County District Attorney's Office, 2100 Bloomdale Rd., McKinney, TX 75071 by electronic service.

Piper McCraw